UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CRISTINA ANN REMILLARD,

    Plaintiff,

    vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 2:25-cv-01686-BAT

ORDER

    THE COURT ORDERS that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an administrative law judge (ALJ). The ALJ will further develop the record, as appropriate; offer Plaintiff the opportunity for a new hearing; reevaluate the evidence, particularly with respect to Plaintiff's alleged schizophrenia, as well as Plaintiff's allegations and residual functional capacity; make vocational determinations as necessary; and issue a new decision.

////

////

////

////

Page 1    ORDER
           2:25-cv-01166-TLF

The case is remanded under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff will be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a). Judgment shall be entered for Plaintiff.

DATED this 28th day of January, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by

*/s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Blvd
Baltimore, MD 21235
Telephone: 510.970.4806
timothy.bolin@ssa.gov

Page 2      ORDER
              2:25-cv-01166-TLF